| Form 668 (Y)(c)<br>(Rev. February 2004) | 4667 | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | Internal Revenue Service<br>P O Box 145595<br>Cincinnati, OH 45250-5595 ⑦ |
|---|---|---|---|
| Area:<br>SMALL BUSINESS/SELF EMPLOYED AREA #5<br>Lien Unit Phone: (800) 913-6050 | | Serial Number<br>404405807 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS   2007098195

Nancy E. Rister

11/27/2007 09:03 AM
PHERBRICH $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

Name of Taxpayer ERNESTO PEREZ

Residence       200 S MUSTANG AVE
                CEDAR PARK, TX 78613

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax<br>(a) | Tax Period<br>Ending<br>(b) | Identifying Number<br>(c) | Date of<br>Assessment<br>(d) | Last Day for<br>Refiling<br>(e) | Unpaid Balance<br>of Assessment<br>(f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | 440269.93 |
| 1040 | 12/31/2003 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | 396402.89 |
| 1040 | 12/31/2004 | XXX-XX-4012 | 09/18/2006 | 10/18/2016 | 29940.79 |

CERTIFIED TO BE A TRUE AND CORRECT COPY
NANCY E. RISTER, County Clerk Williamson County
Page 1 of

Place of Filing

WILLIAMSON COUNTY
GEORGETOWN, TX 78626

Total $ 866613.61

This notice was prepared and signed at _____DALLAS, TX_____, on this,
the __16th__ day of __November__, __2007__.

FTL 2007098195
1 PG

Signature  R. A. Mitchell
for SARAH SANCHEZ CENTENO

Title
REVENUE OFFICER
(512) 464-3521

25-08-2341

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)
CAT. NO 60025X



Government Exhibit 1

IRS-000004

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 12-12-2011
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _____ Deputy

| Form 668 (Y)(c) (Rev. February 2004) | 3592 | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | Internal Revenue Service P O Box 145595 Cincinnati, OH 45250-9732 |
|---|---|---|---|

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 831579811 | For Optional Use by Recording Office |
|---|---|---|

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2011081976

*Nancy E. Rister*

12/05/2011  03:00 PM
MARIA  $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

Name of Taxpayer  NORMA PEREZ

Residence   200 S MUSTANG AVE
CEDAR PARK, TX 78613-3018

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | 380973.30 |
| 1040 | 12/31/2003 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | |
| 1040 | 12/31/2003 | XXX-XX-4012 | 05/02/2011 | 06/01/2021 | 186440.81 |
| 1040 | 12/31/2004 | XXX-XX-4012 | 05/14/2007 | 06/13/2017 | |
| 1040 | 12/31/2004 | XXX-XX-4012 | 04/07/2008 | 05/07/2018 | |
| 1040 | 12/31/2004 | XXX-XX-4012 | 05/02/2011 | 06/01/2021 | 59867.92 |

Place of Filing
WILLIAMSON COUNTY
GEORGETOWN, TX 78626

Total $ 627282.03

This notice was prepared and signed at  NASHVILLE, TN , on this,

the  22nd  day of  November , 2011.

FTL  2011081976
1 PG

Signature  *A Gonzalez*  for SARAH TRETTER

Title  REVENUE OFFICER  (512) 464-3086       25-08-2333

(**NOTE:** Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form **668(Y)(c)** (Rev. 2-2004)

Government Exhibit 2

IRS-000006

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 7-19-2012
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By: [signature]

| Form 668 (Y)(c) (Rev. February 2004) | 3592 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | Internal Revenue Service P O Box 145595 Cincinnati, OH 45250-5595 |
|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number  812896511 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2011062492
Nancy E. Rister
09/19/2011  11:27 AM
CPHELPS $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

Name of Taxpayer  ERNESTO & NORMA PEREZ

Residence  200 S MUSTANG AVE
CEDAR PARK, TX 78613-3018

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | XXX-XX-4012 | 05/02/2011 | 06/01/2021 | 343569.47 |

CERTIFIED TO BE A TRUE AND CORRECT COPY  NANCY E. RISTER, County Clerk Williamson County   Page ___ of ___

Place of Filing
WILLIAMSON COUNTY
GEORGETOWN, TX 78626

Total  $  343569.47

This notice was prepared and signed at  NASHVILLE, TN  , on this,
the  07th  day of  September, 2011.

FTL  2011062492
1 PG

Signature  /s/ A Gonzalez  for PEGGY L WALKER
Title  REVENUE OFFICER  (512) 464-3096
25-08-2326

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X


Government Exhibit 3

IRS-000008

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 12-12-2011
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _____ Deputy

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| Area: 2508 | Serial Number 515856009 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
ERNESTO PEREZ JR., as Nominee, Transferee, and or Alter-Ego of

ERNESTO & NORMA PEREZ

**Residence**
501 MUSTANG
CEDAR PARK, TX 78613

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2009008674

Nancy E. Rister

02/12/2009 10:02 AM
CDEIBLER $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | $390,929.00 |
| 1040 | 12/31/2003 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | $396,402.89 |
| 1040 | 12/31/2004 | XXX-XX-4012 | 04/07/2008 | 05/07/2018 | $51,532.82 |

| Place of Filing WILLIAMSON COUNTY | FTL 2009008674  Total 1 PG | $838,864.71 |
|---|---|---|

This notice was prepared and signed at AUSTIN, TEXAS, on this, the 12th day of February, 2009.

| Signature KAREN CARTER , Employee #74-20464  *Karen Carter* | Title , Phone # - 512-464-3463 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 - Recording Office                                                         Form **668(Y)** (Rev. 10-1999)

① Internal Revenue Service
9430 Research Blvd.
Austin, TX 78759


Government Exhibit
4

IRS-000010

STATE OF ...
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK ...
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on ___7-19-2012___
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _Dorothy M. [signature]_ Deputy

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service<br>**Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Small Business / Self Employed - Area: 5 | Serial Number<br>271206807 | For Optional Use by Recording Office | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
Ernesto Perez Jr as nominee, transferee, and/or alter-ego of Ernesto and Norma Perez

**Residence**
200 S Mustang Ave
Cedar Park, TX 78613

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | xxx-xx-4012 | 05/02/2011 | 06/01/2021 | $343,611.47 |

| Place of Filing<br>Williamson County,<br>Georgetown, TX 78626 | FTL 2012001478<br>1 PG | Total | $343,611.47 |
|---|---|---|---|

This notice was prepared and signed at Internal Revenue Service, on this, the 9th day of January, 2012.

| Signature | _Sarah Tretter_ | Title | |
|---|---|---|---|
| SARAH TRETTER, Employee # - 1000245929 | | REVENUE OFFICER, Phone # - (512)464-3086 | |

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 — Recording Office     Form **668(Y)** (Rev. 10-1999)

IRS-000012

Government Exhibit 5

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2012001478

*Nancy E. Rister*

01/09/2012 09:51 AM
CPHELPS $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

(2) Internal Revenue Service / Sarah Tretter
12301 Research Blvd Bldg 4
Stop 5230 AUNW
Austin, TX 78759

CERTIFY TO BE A TRUE AND
CORRECT COPY
NANCY E. RISTER, County Clerk
Williamson County
Page 2 of 2

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 7-19-2012
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _____ Deputy

| Form 668(Y) (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | |
|---|---|---|
| Area: 2508 | Serial Number 515855509 | For Optional Use by Recording Office |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2009008675
Nancy E. Rister
02/12/2009  10:02 AM
CDEIBLER $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

Name of Taxpayer
MARCO A. SERNA., as Nominee, Transferee, and or Alter-Ego of

ERNESTO & NORMA PEREZ

Residence
501 MUSTANG
CEDAR PARK, TX 78613

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2002 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | $390,929.00 |
| 1040 | 12/31/2003 | XXX-XX-4012 | 09/10/2007 | 10/10/2017 | $396,402.89 |
| 1040 | 12/31/2004 | XXX-XX-4012 | 04/07/2008 | 05/07/2018 | $51,532.82 |

CERTIFIED TO BE A TRUE AND CORRECT COPY
NANCY E. RISTER, County Clerk Williamson County
Page 1 of 1

| Place of Filing WILLIAMSON COUNTY | FTL 1 PG | 2009008675   Total | $838,864.71 |
|---|---|---|---|

This notice was prepared and signed at AUSTIN, TEXAS, on this, the 12th day of February, 2009.

| Signature KAREN CARTER, Employee #74-20464 | Title , Phone # - 512-464-3463 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

(2) Internal Revenue Service
9430 Research Blvd.
Austin, TX 78759

Part 1 - Recording Office

Form 668(Y) (Rev. 10-1999)

Government Exhibit 6

IRS-000014

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 12-2-2011
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _____ Deputy

| Form **668(Y)** (Rev. 10-1999) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | |
|---|---|---|---|
| Small Business / Self Employed - Area: 5 | Serial Number 271206805 | For Optional Use by Recording Office | |

As provided by sections 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**Name of Taxpayer**
Marco A Serna as nominee, transferee and/or alter-ego of
Ernesto and Norma Perez

**Residence**
200 S Mustang Ave
Cedar Park, TX 78613

IMPORTANT RELEASE INFORMATION: For each assessment listed below, unless notice of lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ended (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 1040 | 12/31/2006 | xxx-xx-4012 | 05/02/2011 | 06/01/2021 | $343,611.47 |

**Place of Filing**
Williamson County
Georgetown, TX 78626

FTL  2012001479   1 PG

Total   $343,611.47

This notice was prepared and signed at Internal Revenuer Service, on this, the 9th day of January, 2012.

| Signature *Sarah Tretter* SARAH TRETTER, Employee # - 1000245929 | Title REVENUE OFFICER, Phone # - (512)464-3086 |
|---|---|

(NOTE: Certificate of officer authorized by law to take acknowledgements is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971-2 C.B. 409)

Part 1 – Recording Office             Form **668(Y)** (Rev. 10-1999)


Government Exhibit 7

IRS-000016

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2012001479

*Nancy E. Rister*

01/09/2012 09:51 AM
CPHELPS $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

② Interal Revenue Service/Sarah Tretter
12301 Research Blvd Bldg 4
Stop 5230 Aunw
Austin, TX 78759

CERTIFIED TO BE A TRUE AND
CORRECT COPY
NANCY E. RISTER, County Clerk
Williamson County
Page 2 of 2

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 7-19-2012
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By: _____

IRS-000017

| Form 668 (Y)(c) (Rev. February 2004) | 3351 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | Internal Revenue Service P O Box 145595 Cincinnati, OH 45250-9732 |
|---|---|---|
| **Area:** SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 829-3903 | **Serial Number** 711042510 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS   2010072242

Nancy E. Rister

10/26/2010 12:55 PM
MARIA $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

**Name of Taxpayer** NORMA PEREZ

**Residence** 200 S MUSTANG AVE
CEDAR PARK, TX 78613-3018

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2007 | 74-2859476 | 12/28/2009 | 01/27/2020 | 180.32 |
| 941 | 03/31/2007 | 74-2859476 | 12/28/2009 | 01/27/2020 | 1906.99 |
| 941 | 09/30/2007 | 74-2859476 | 12/28/2009 | 01/27/2020 | 1891.23 |
| 941 | 12/31/2007 | 74-2859476 | 12/28/2009 | 01/27/2020 | 1882.13 |
| 941 | 03/31/2008 | 74-2859476 | 12/28/2009 | 01/27/2020 | 1876.34 |
| 941 | 06/30/2008 | 74-2859476 | 12/28/2009 | 01/27/2020 | 1872.66 |
| 941 | 09/30/2008 | 74-2859476 | 12/28/2009 | 01/27/2020 | 1868.83 |

**Place of Filing**
WILLIAMSON COUNTY
GEORGETOWN, TX 78626

Total $ 11478.50

This notice was prepared and signed at   NASHVILLE, TN  , on this, the  15th  day of  October , 2010.

FTL 2010072242
1 PG

Signature for THERESA HARLEY

Title ACS
(800) 829-3903

25-00-0008

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

CERTIFIED TO BE A TRUE AND CORRECT COPY
NANCY E. RISTER, County Clerk
Williamson County
Page ___ of ___

Government Exhibit 8

IRS-000018

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 12-12-2011
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _____ Deputy

IRS-000019

| 3592 | | | |
|---|---|---|---|
| Form 668 (Y)(c) (Rev. February 2004) | Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | | Internal Revenue Service P O Box 145595 Cincinnati, OH 45250-9732 |
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 863752012 | | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

**FILED AND RECORDED**
OFFICIAL PUBLIC RECORDS    2012033923

Nancy E. Rister

05/07/2012  04:14 PM
MARIA  $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

Name of Taxpayer   ERNESTO PEREZ
                   P & S TRUCKING

Residence   200 S MUSTANG AVE
            CEDAR PARK, TX 78613-3018

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2006 | 20-1861413 | 03/26/2007 | 04/25/2017 | 52.57 |
| 940 | 12/31/2007 | 20-1861413 | 11/01/2010 | 12/01/2020 | 604.89 |
| 941 | 03/31/2007 | 20-1861413 | 11/01/2010 | 12/01/2020 | 4296.01 |
| 941 | 06/30/2007 | 20-1861413 | 11/01/2010 | 12/01/2020 | 15050.62 |
| 941 | 09/30/2007 | 20-1861413 | 11/08/2010 | 12/08/2020 | 19396.78 |
| 941 | 12/31/2007 | 20-1861413 | 11/08/2010 | 12/08/2020 | 16544.93 |

Place of Filing

WILLIAMSON COUNTY
GEORGETOWN, TX 78626

Total  $  55945.80

This notice was prepared and signed at ___NASHVILLE, TN___, on this,

the __25th__ day of __April__, __2012__.

FTL  2012033923
1 PG

Signature _____     Title  REVENUE OFFICER     25-08-2333
for SARAH TRETTER             (512) 464-3086

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office          Form 668(Y)(c) (Rev. 2-2004)
                                           CAT. NO 60025X



Government Exhibit 9

IRS-000020

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 7-19-2012
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By _____ Deputy

| Form 668 (Y)(c) (Rev. February 2004) | 3592 Department of the Treasury - Internal Revenue Service **Notice of Federal Tax Lien** | Internal Revenue Service P O Box 145595 Cincinnati, OH 45250-9732 |
|---|---|---|
| Area: SMALL BUSINESS/SELF EMPLOYED AREA #5 Lien Unit Phone: (800) 913-6050 | Serial Number 866036812 | For Optional Use by Recording Office |

As provided by section 6321, 6322, and 6323 of the Internal Revenue Code, we are giving a notice that taxes (including interest and penalties) have been assessed against the following-named taxpayer. We have made a demand for payment of this liability, but it remains unpaid. Therefore, there is a lien in favor of the United States on all property and rights to property belonging to this taxpayer for the amount of these taxes, and additional penalties, interest, and costs that may accrue.

FILED AND RECORDED
OFFICIAL PUBLIC RECORDS   2012035412

Nancy E. Rister

05/14/2012 08:38 AM
CPHELPS $21.00
NANCY E. RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS

Name of Taxpayer ERNESTO PEREZ

Residence  18027 GREEN KNL
SAN ANTONIO, TX 78258

**IMPORTANT RELEASE INFORMATION:** For each assessment listed below, unless notice of the lien is refiled by the date given in column (e), this notice shall, on the day following such date, operate as a certificate of release as defined in IRC 6325(a).

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 940 | 12/31/2007 | 37-1538360 | 04/13/2009 | 05/13/2019 | |
| 940 | 12/31/2007 | 37-1538360 | 11/29/2010 | 12/29/2020 | 1224.27 |
| 941 | 03/31/2007 | 37-1538360 | 04/06/2009 | 05/06/2019 | 9978.75 |
| 941 | 06/30/2007 | 37-1538360 | 04/06/2009 | 05/06/2019 | 12592.84 |
| 941 | 09/30/2007 | 37-1538360 | 04/06/2009 | 05/06/2019 | 10552.32 |
| 941 | 12/31/2007 | 37-1538360 | 04/06/2009 | 05/06/2019 | 13036.96 |

Place of Filing
WILLIAMSON COUNTY
GEORGETOWN, TX 78626

Total  $  47385.14

This notice was prepared and signed at NASHVILLE, TN , on this,
the 04th day of May , 2012.

FTL  2012035412
1 PG

Signature for SARAH TRETTER

Title REVENUE OFFICER
(512) 464-3086

25-08-2333

(NOTE: Certificate of officer authorized by law to take acknowledgment is not essential to the validity of Notice of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - Kept By Recording Office

Form 668(Y)(c) (Rev. 2-2004)
CAT. NO 60025X

Government Exhibit 10

IRS-000022

STATE OF TEXAS
COUNTY OF WILLIAMSON
I, NANCY E. RISTER, COUNTY CLERK, DO
HEREBY CERTIFY THAT THIS IS A TRUE AND
CORRECT COPY AS SAME APPEARS OF RECORD
IN MY CUSTODY.
Witness my hand and seal of office on 7-19-2012
NANCY E RISTER, COUNTY CLERK
WILLIAMSON COUNTY, TEXAS
By_____ Deputy

IRS-000023